**Order Filed on October 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Jeffrey A. Lester, Esq. (JAL 7113)<br>BRAVERMAN & LESTER<br>374 Main Street<br>Hackensack, New Jersey  07601<br>(201) 487-5544<br>Attorneys for  Trustee | Case No.      20-16897 JKS |
| In Re:<br><br>Otis Alston III and Sacha Vaughn | Hearing Date: 9/22/2020<br><br>Judge:  Hon. John K. Sherwood |

| |
|---|
| Recommended Local Form:         Followed   X  Modified |

### ORDER REDUCING AND FIXING AMOUNT OF EXEMPTION IN 35 MORSE AVE., BLOOMFIELD, NJ

The relief set forth on the following pages, numbered two (2) through     2

is hereby **ORDERED.**

**DATED: October 8, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**

Debtor:   Otis Alston III and Sacha Vaughn

Case No.: 20-16897 JKS

Caption of Order: **ORDER REDUCING AND FIXING ALLOWED EXEMPTION IN 35 MORSE AVE., BLOOMFIELD, NJ**

---

THIS MATTER, being opened to the Court upon the application of Jeffrey A. Lester, Trustee, pursuant to Bankruptcy Rule 4003(b) objecting to the amount of the exemption claimed by Debtors in their residence at 35 Morse Avenue, Bloomfield, New Jersey and the Court having reviewed the papers submitted and no opposition having been filed, and it appearing that the Debtors have claimed an exemption under 11 U.S.C. §522(d)(1) in the maximum allowed amount of $50,300.00 and also having claimed an exemption in the same property under §522(d)(5) in the amount of $38,069.73, and the Court have found that after claiming exemptions under §522(d)(5) in personal property of the Debtors, the maximum exemption available to the Debtors under §522(d)(5) to be applied against 35 Morse Avenue is $1,150.00, total for both Debtors, and for good cause shown; it is

ORDERED, that the exemption which the Debtors are jointly entitled to claim in 35 Morse Avenue, Bloomfield, New Jersey under 11 U.S.C. 522 is $51,450.00; and, it is

FURTHER ORDERED that the following relief should be and hereby is granted: