**Order Filed on October 8, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Jeffrey A. Lester, Esq. (JAL 7113)
BRAVERMAN & LESTER
374 Main Street
Hackensack, New Jersey  07601
(201) 487-5544
Attorneys for  Trustee

Case No.       20-16897 JKS

In Re:

Otis Alston III and Sacha Vaughn

Hearing Date:  9/22/2020

Judge:  Hon. John K. Sherwood

| Recommended Local Form: | Followed   X  Modified |
|---|---|

### ORDER REDUCING AND FIXING AMOUNT OF EXEMPTION
### IN 35 MORSE AVE., BLOOMFIELD, NJ

The relief set forth on the following pages, numbered two (2) through ___2___

is hereby **ORDERED.**

**DATED: October 8, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**

Debtor:   Otis Alston III and Sacha Vaughn

Case No.:20-16897 JKS

Caption of Order: **ORDER REDUCING AND FIXING ALLOWED EXEMPTION IN 35 MORSE AVE., BLOOMFIELD, NJ**

---

THIS MATTER, being opened to the Court upon the application of Jeffrey A. Lester, Trustee, pursuant to Bankruptcy Rule 4003(b) objecting to the amount of the exemption claimed by Debtors in their residence at 35 Morse Avenue, Bloomfield, New Jersey and the Court having reviewed the papers submitted and no opposition having been filed, and it appearing that the Debtors have claimed an exemption under 11 U.S.C. §522(d)(1) in the maximum allowed amount of $50,300.00 and also having claimed an exemption in the same property under §522(d)(5) in the amount of $38,069.73, and the Court have found that after claiming exemptions under §522(d)(5) in personal property of the Debtors, the maximum exemption available to the Debtors under §522(d)(5) to be applied against 35 Morse Avenue is $1,150.00, total for both Debtors, and for good cause shown; it is

ORDERED, that the exemption which the Debtors are jointly entitled to claim in 35 Morse Avenue, Bloomfield, New Jersey under 11 U.S.C. 522 is $51,450.00; and, it is

FURTHER ORDERED that the following relief should be and hereby is granted:

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 20-16897-JKS
Otis McCrane Alston, III                                                                     Chapter 7
Sacha Monique Vaughn
     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 08, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Otis McCrane Alston, III, Sacha Monique Vaughn, 35 Morse Ave, Bloomfield, NJ 07003-2219

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**
jdb    *+    Sacha Monique Vaughn, 35 Morse Ave, Bloomfield, NJ 07003-2219

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 10, 2020            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jeffrey Lester
    on behalf of Trustee Jeffrey Lester jlester@bllaw.com  NJ19@ecfcbis.com

Jeffrey Lester
    jlester@bllaw.com  NJ19@ecfcbis.com

Jeremias E Batista
    on behalf of Joint Debtor Sacha Monique Vaughn Notices@jeremiasbatista.com
    g26967@notify.cincompass.com;r51704@notify.bestcase.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 08, 2020 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| Jeremias E Batista | on behalf of Debtor Otis McCrane Alston III Notices@jeremiasbatista.com, g26967@notify.cincompass.com;r51704@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6