Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−16897−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Otis McCrane Alston III
35 Morse Ave
Bloomfield, NJ 07003

Sacha Monique Vaughn
35 Morse Ave
Bloomfield, NJ 07003

Social Security No.:
xxx−xx−8200              xxx−xx−6596

Employer's Tax I.D. No.:

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable John K. Sherwood on:

DATE: February 4, 2021
TIME: 10:00 AM
LOCATION: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $ 15,500.00
TOTAL DISBURSEMENTS:    $ 29.76
BALANCE ON HAND:        $ 15,470.24

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Trustee, Jeffrey A. Lester

COMMISSION OR FEES
$ 2,300.00

EXPENSES
$ −0−

The trustee's application to abandon the following property will be heard and acted upon:
NONE

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: January 5, 2021
JAN: sjp

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-16897-JKS |
| Otis McCrane Alston, III | Chapter 7 |
| Sacha Monique Vaughn | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 05, 2021 | Form ID: 192 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Otis McCrane Alston, III, Sacha Monique Vaughn, 35 Morse Ave, Bloomfield, NJ 07003-2219 |
| 518967898 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518935497 | | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518845618 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518978831 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518845622 | + | Comenitycapital/mesa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518845623 | + | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 518845625 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 518845626 | + | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Sciles Ave, Piscataway, NJ 08855-0055 |
| 518932138 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518845631 | + | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 518845632 | + | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2021 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2021 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518845620 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 05 2021 21:57:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518929241 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 05 2021 21:58:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518845621 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2021 22:01:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518924456 | | Email/Text: mrdiscen@discover.com | Jan 05 2021 22:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518845624 | + | Email/Text: mrdiscen@discover.com | Jan 05 2021 22:00:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 518921937 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 05 2021 21:52:54 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518845627 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 05 2021 22:01:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 965, Chadds Ford, PA 19317-0643 |
| 518845628 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Jan 05 2021 22:00:00 | Gateway One Lending & Finance, 175 North Riverview Drive, Suite 100, Anaheim, CA 92808 |
| 518922052 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2021 21:55:11 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: 192 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 518921936 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 05 2021 21:54:53 | PO Box 10587, Greenville, SC 29603-0587<br>MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518845629 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 05 2021 21:57:28 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518845633 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 05 2021 21:57:27 | Ollo Card Services, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 519003730 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2021 22:01:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518845634 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2021 21:57:33 | Synchrony Bank/Mattress Firm, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518845635 | | Email/Text: bknotice@upgrade.com | Jan 05 2021 22:00:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518967899 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518845619 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518845630 | *+ | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2021                    Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeffrey Lester | on behalf of Trustee Jeffrey Lester jlester@bllaw.com NJ19@ecfcbis.com |
| Jeffrey Lester | jlester@bllaw.com NJ19@ecfcbis.com |
| Jeremias E Batista | on behalf of Joint Debtor Sacha Monique Vaughn Notices@jeremiasbatista.com g26967@notify.cincompass.com;r51704@notify.bestcase.com |
| Jeremias E Batista | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 05, 2021 | Form ID: 192 | Total Noticed: 29 |

on behalf of Debtor Otis McCrane Alston III Notices@jeremiasbatista.com, g26967@notify.cincompass.com;r51704@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6