| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>JEFFREY A. LESTER, TRUSTEE<br>374 MAIN STREET<br>HACKENSACK, NJ  07601<br>JAL 7113<br>Chapter 7 Trustee | Order Filed on February 5, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ALSTON, III, OTIS MCCRANE<br>SS #XXX-XX-8200<br>VAUGHN, SACHA MONIQUE<br>SS #XXX-XX-6596 | Case No.: 20-16897<br><br>Judge: JOHN K. SHERWOOD |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 5, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: ALSTON, III, OTIS MCCRANE
Case No.: 20-16897/JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $ 2,300.00 is reasonable compensation for the services in this case by , trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $ 0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court

District of New Jersey

In re:  
Otis McCrane Alston, III  
Sacha Monique Vaughn  
    Debtors

Case No. 20-16897-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Otis McCrane Alston, III, Sacha Monique Vaughn, 35 Morse Ave, Bloomfield, NJ 07003-2219 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jeffrey Lester | on behalf of Trustee Jeffrey Lester jlester@bllaw.com  NJ19@ecfcbis.com |
| Jeffrey Lester | jlester@bllaw.com  NJ19@ecfcbis.com |
| Jeremias E Batista | on behalf of Joint Debtor Sacha Monique Vaughn Notices@jeremiasbatista.com g26967@notify.cincompass.com;r51704@notify.bestcase.com |
| Jeremias E Batista | on behalf of Debtor Otis McCrane Alston  III Notices@jeremiasbatista.com, g26967@notify.cincompass.com;r51704@notify.bestcase.com |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Feb 05, 2021 Form ID: pdf903 Total Noticed: 1

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6